AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| RAYMOND T. MAHLBERG <br><br><br>*Plaintiff(s)*<br>v.<br>U-HAUL CO. OF FLORIDA, INC.<br>D/B/A UHAUL<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

26-CV-23352

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U-HAUL CO. OF FLORIDA, INC.
c/o Registered Agent
CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ACACIA BARROS, P.A.
7284 W Palmetto Park Road #101
Boca Raton, FL 33433
Phone: 786-759-3520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 13, 2026

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts